NOVEMBER 15, 1976

No. 76–213. DORGAN, STATE TAX COMMISSIONER OF NORTH DAKOTA, ET AL. *v.* UNITED STATES ET AL. Affirmed on appeal from D. C. N. D.

No. 76–440. HYLAND, HALL & Co., ET AL. *v.* CITY OF MADISON ET AL. Appeal from Sup. Ct. Wis. dismissed for want of jurisdiction, it appearing that there is no final judgment of the highest court of a state wherein a judgment could be had as required by 28 U. S. C. § 1257.

No. 76–5267. GORMALLY *v.* STATE BOARD OF ELECTIONS. Appeal from Sup. Ct. R. I. dismissed for want of substantial federal question.

No. A–367. COMPANY *v.* UNITED STATES. Application for bail pending appeal in the United States Court of Appeals for the Sixth Circuit, presented to MR. JUSTICE STEWART, and by him referred to the Court, denied.

No. A–375. REGENTS OF THE UNIVERSITY OF CALIFORNIA *v.* BAKKE. Application to stay execution and enforcement of mandate of the Supreme Court of California, presented to MR. JUSTICE REHNQUIST, and by him referred to the Court, granted for a period of 30 days. If petition for writ of certiorari is filed within 30 days, stay is to remain in effect pending disposition of case in this Court.